| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | **SELF INITIATED<br>AMENDMENT** *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Reade, Linda R | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>101 1st St. SE Ste. 304<br>Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 13 | Reade, Linda R | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Bradshaw Fowler Proctor & Fairgrave, PC - wages and employee benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 13 | Reade, Linda R | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 4 of 13 | Name of Person Reporting<br><br>Reade, Linda R | Date of Report<br><br>05/12/2008 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date Month · Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 3. Liberty Bank Account 2 | D | Interest | J | T | | | | | |
| 4. CSCO Stock | | None | J | T | | | | | |
| 5. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 6. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | J | A | |
| 7. Tyco International | A | Dividend | | | sold | 6/29 | J | A | |
| 8. US Savings Bonds | C | Interest | | | Redemption | 9/16 | J | A | |
| 9. Deferred Comp Plan | C | Int./Div. | J | T | | | | | |
| 10. -Stock Index Fund-Valic | | None | | | | | | | |
| 11. -Science & Technology Fund-Valic | | None | | | | | | | |
| 12. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 13. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 14. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 15. IRA Account | A | None | J | T | | | | | |
| 16. Fidelity Adv Serv VII Technology Fd Cl T | | | | | sold | 12/15 | J | C | |
| 17. Piper Jaffray Prime Obligs | | | | | sold | 12/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Retirement Account | B | Int./Div. | P1 | T | | | | | |
| 19.  -Schwab Money Market Fund | | | | | | | | | |
| 20.  -Agere Systems Inc | | | | | sold | 1/25 | J | | |
| 21.  -Allianz NACM Pacific Rim | | | | | buy | 2/21 | K | | |
| 22. | | | | | sold | 6/12 | L | | |
| 23.  -American Intl Group Inc | | | | | buy | 1/30 | M | | |
| 24. | | | | | buy | 2/28 | K | | |
| 25. | | | | | partial sale | 4/25 | K | | |
| 26. | | | | | partial sale | 5/16 | K | | |
| 27. | | | | | buy | 9/12 | K | | |
| 28. | | | | | partial sale | 9/21 | K | | |
| 29. | | | | | buy | 10/19 | J | | |
| 30. | | | | | buy | 10/24 | K | | |
| 31.  -Alltel Corp Del | | | | | partial sale | 4/18 | K | | |
| 32. | | | | | sold | 5/24 | K | | |
| 33.  -American Tech Grp Inc | | | | | | | | | |
| 34.  -Apple | | | | | buy | 1/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Associated Banc Corp Wis | | | | | sold | 4/18 | K | | |
| 36.  -Authentidate Hldg Corp | | | | | | | | | |
| 37.  -Avaya Inc | | | | | sold | 1/25 | J | | |
| 38.  -Oncothyreon (Biomira Inc) | | | | | | | | | |
| 39.  -Blue Chip Value Fd Inc | | | | | | | | | |
| 40.  -Breed Technologies | | | | | | | | | |
| 41.  -Canam Uranium | | | | | buy | 4/19 | J | | |
| 42.  -Chicos Fas Inc | | | | | sold | 4/18 | J | | |
| 43.  -ConocoPhilips | | | | | buy | 2/14 | K | | |
| 44. | | | | | sold | 4/25 | K | | |
| 45.  -Corrections Cp Amer | | | | | | | | | |
| 46.  -Diamond Trust | | | | | buy | 2/14 | L | | |
| 47. | | | | | sold | 2/16 | L | | |
| 48.  -Dodge & Cox Intl Stock Fund | | | | | buy | 3/28 | K | | |
| 49.  -Endologix Inc | | | | | buy | 3/10 | J | | |
| 50.  -General Electric Company | | | | | | | | | |
| 51.  -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Grupo Inds Maseca B | | | | | sold | 12/7 | J | | |
| 53.  -Harding Loevner Emerging Markets | | | | | buy | 2/21 | K | | |
| 54. | | | | | sold | 6/12 | L | | |
| 55.  -Healthrac Inc | | | | | SEC revoked | 1/9 | J | | |
| 56.  -India Fund | | | | | buy | 2/22 | K | | |
| 57. | | | | | partial sale | 9/21 | K | | |
| 58.  -Intl Business Machines | | | | | sold | 2/23 | J | | |
| 59.  -L T V Corporation | | | | | bankrupt | | | | |
| 60.  -Lazard Emerging Markets | | | | | buy | 2/21 | K | | |
| 61. | | | | | sold | 6/12 | L | | |
| 62.  -Level 3 Communications | | | | | | | | | |
| 63.  -Lucent Technologies Inc | | | | | sold | 1/25 | J | | |
| 64.  -Market Vectors Gold Miners | | | | | buy | 10/05 | K | | |
| 65.  -Meleodusa Inc | | | | | bankrupt | | | | |
| 66.  -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 67.  -Southmark Corp | | | | | | | | | |
| 68.  -Sun Health Care | | | | | buy | 7/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 8 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 70. -Templeton Global Incm Fd | | | | | sold | 3/26 | J | | |
| 71. -Time Warner Inc | | | | | | | | | |
| 72. -Tyco Intl Ltd New F | | | | | sold | 1/26 | J | | |
| 73. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 74. -Wells Fargo & Co | | | | | | | | | |
| 75. -Windstream (spin off from Alltel) | | | | | sold | 4/18 | J | | |
| 76. -X C L Ltd | | | | | | | | | |
| 77. -Blackrock Health Sciences Fund | | | | | buy | 8/2 | K | | |
| 78. -Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 79. -Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 80. -Fidelity Adv Overseas Class T | | | | | | | | | |
| 81. -Franklin Biotechnology Discovery Fund | | | | | sold | 9/28 | K | | |
| 82. -Amercian Century Opportunity ( Kopp Emerging Growth Fund) | | | | | | | | | |
| 83. -Matthews Pacific Tiger Fund | | | | | buy | 5/1 | J | | |
| 84. -MFS Emerging Growth Fund | | | | | | | | | |
| 85. -MFS Global Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 9 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reado, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Oppenheimer Global Fund | | | | | | | | | |
| 87. -Putnam New Opportunties | | | | | | | | | |
| 88. -Vanguard Pacific Stock Fund--new | | | | | buy | 1/30 | K | | |
| 89. -General Growth PPTYS | | | | | partial sale | 4/18 | L | | |
| 90. -Lucent Techs Inc Warrants | | | | | expired | 12/10 | J | | |
| 91. -Audible | | | | | | | | | |
| 92. -Bank of America Corp | | | | | sold | 10/5 | L | | |
| 93. -Ford Motor Co | | | | | sold | 4/18 | J | | |
| 94. -Landus Equity Fund | | | | | | | | | |
| 95. -XM Satellite Radio | | | | | | | | | |
| 96. Farming Operation Crops | B | | | | | | | | |
| 97. -Farm 1 Dallas Co, IA | | Crops | M | W | | | | | |
| 98. -Farm 3 Dallas Co. IA | | Crops | L | W | | | | | |
| 99. -Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 100. -Farm 6 Adair Co, IA | | Crops | M | W | | | | | |
| 101. -Farm 7 Adair Co, IA | | Crops | L | W | | | | | |
| 102. -Farm 8 Adair Co, IA | | Crops | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | | | | | | |
| 104. -Farm 10 Adair Co, IA | D | Rent | M | W | | | | | | |
| 105. -Farm 11 Adair Co, IA | | | K | W | | | | | | |
| 106. -Farm 14 Adams Co, IA | B | Rent | M | W | | | | | | |
| 107. -Farm 15 Adams Co, IA | D | Rent | L | W | | | | | | |
| 108. -Farm 18 Adams Co, IA | B | Rent | K | W | | | | | | |
| 109. -Farm 19 Taylor County | B | Rent | K | (W) | | | | | | |
| 110. Farm 20 Decatur County | | | J | (W) | | | | | | |
| 111. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | | |
| 112. Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | | |
| 113. Royalty Interest, Bowman County, North Dakota | B | Royalty | J | T | | | | | | |
| 114. Liberty Banshares Inc(Appraisal 12/31/07) | F | S-corp inc | P1 | Q | | | | | | |
| 115. - | A | Dividend | | | | | | | | |
| 116. | A | Interest | | | | | | | | |
| 117. Ben Con Properties LLC | | None | K | U | | | | | | |
| 118. Towne View Apartments, LTD | A | Distribution | | | | | | | | |
| 119. | A | Interest | J | U | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 11 of 13 | Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Carefree Group LLC | A | Partnership | | | dissolved | 1/1 | | | |
| 121.  Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 12 of 13 | Reade, Linda R | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII—Line 97  Farm 1 was inadvertently referred to as Farm 2 in 2006 report.

Line 98  Farm 3 was left off of 2006 report by accident. It was listed in 2005 report

Commerce Bancshares IA were delivered on August 14, 2006 and thus are not noted on this report. The 2006 report will be corrected.

Part VII  Lines 97, 98 and 100-102 and page 10 lines 103, 105 and 110--These farms had income in the form of crops. The crops are listed at line 96. I can not break the crops down by farm because ███████ has not shared that information.

# FINANCIAL DISCLOSURE REPORT

## Page 13 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reade, Linda R | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>101 1st St. SE Ste. 304<br>Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11: 55 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Bradshaw Fowler Proctor & Fairgrave, PC - wages and employee benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 3. Liberty Bank Account 2 | D | Interest | J | T | | | | | |
| 4. CSCO Stock | | None | J | T | | | | | |
| 5. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 6. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | J | A | |
| 7. Tyco International | A | Dividend | | | sold | 6/29 | J | A | |
| 8. US Savings Bonds | C | Interest | | | Redemption | 9/16 | J | A | |
| 9. Deferred Comp Plan | C | Int./Div. | J | T | | | | | |
| 10. -Stock Index Fund-Valic | | None | | | | | | | |
| 11. -Science & Technology Fund-Valic | | None | | | | | | | |
| 12. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 13. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 14. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 15. IRA Account | A | None | J | T | | | | | |
| 16. Fidelity Adv Serv VII Technology Fd Cl T | | | | | sold | 12/15 | J | C | |
| 17. Piper Jaffray Prime Obligs | | | | | sold | 12/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 19.   -Schwab Money Market Fund | | | | | | | | | |
| 20.   -Agere Systems Inc | | | | | sold | 1/25 | J | | |
| 21.   -Allianz NACM Pacific Rim | | | | | buy | 2/21 | K | | |
| 22. | | | | | sold | 6/12 | L | | |
| 23.   -American Intl Group Inc | | | | | buy | 1/30 | M | | |
| 24. | | | | | buy | 2/28 | K | | |
| 25. | | | | | partial sale | 4/25 | K | | |
| 26. | | | | | partial sale | 5/16 | K | | |
| 27. | | | | | buy | 9/12 | K | | |
| 28. | | | | | partial sale | 9/21 | K | | |
| 29. | | | | | buy | 10/19 | J | | |
| 30. | | | | | buy | 10/24 | K | | |
| 31.   -Alltel Corp Del | | | | | partial sale | 4/18 | K | | |
| 32. | | | | | sold | 5/24 | K | | |
| 33.   -American Tech Grp Inc | | | | | | | | | |
| 34.   -Apple | | | | | buy | 1/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Associated Banc Corp Wis | | | | | sold | 4/18 | K | | |
| 36. -Authentidate Hldg Corp | | | | | | | | | |
| 37. -Avaya Inc | | | | | sold | 1/25 | J | | |
| 38. -Oncothyreon (Biomira Inc) | | | | | | | | | |
| 39. -Blue Chip Value Fd Inc | | | | | | | | | |
| 40. -Breed Technologies | | | | | | | | | |
| 41. -Canam Uranium | | | | | buy | 4/19 | J | | |
| 42. -Chicos Fas Inc | | | | | sold | 4/18 | J | | |
| 43. -ConocoPhilips | | | | | buy | 2/14 | K | | |
| 44. | | | | | sold | 4/25 | K | | |
| 45. -Corrections Cp Amer | | | | | | | | | |
| 46. -Diamond Trust | | | | | buy | 2/14 | L | | |
| 47. | | | | | sold | 2/16 | L | | |
| 48. -Dodge & Cox Intl Stock Fund | | | | | buy | 3/28 | K | | |
| 49. -Endologix Inc | | | | | buy | 3/10 | J | | |
| 50. -General Electric Company | | | | | | | | | |
| 51. -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less <br> F =$50,001 - $100,000 | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less <br> N =$250,001 - $500,000 <br> P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 <br> O =$500,001 - $1,000,000 | L =$50,001 - $100,000 <br> P1 =$1,000,001 - $5,000,000 <br> P4 =More than $50,000,000 | M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal <br> U =Book Value | R =Cost (Real Estate Only) <br> V =Other | S =Assessment <br> W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Grupo Inds Maseca B | | | | | sold | 12/7 | J | | |
| 53. -Harding Loevner Emerging Markets | | | | | buy | 2/21 | K | | |
| 54. | | | | | sold | 6/12 | L | | |
| 55. -Healthrac Inc | | | | | SEC revoked | 1/9 | J | | |
| 56. -India Fund | | | | | buy | 2/22 | K | | |
| 57. | | | | | partial sale | 9/21 | K | | |
| 58. -Intl Business Machines | | | | | sold | 2/23 | J | | |
| 59. -L T V Corporation | | | | | bankrupt | | | | |
| 60. -Lazard Emerging Markets | | | | | buy | 2/21 | K | | |
| 61. | | | | | sold | 6/12 | L | | |
| 62. -Level 3 Communications | | | | | | | | | |
| 63. -Lucent Technologies Inc | | | | | sold | 1/25 | J | | |
| 64. -Market Vectors Gold Miners | | | | | buy | 10/05 | K | | |
| 65. -Mcleodusa Inc | | | | | bankrupt | | | | |
| 66. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 67. -Southmark Corp | | | | | | | | | |
| 68. -Sun Health Care | | | | | buy | 7/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 70. -Templeton Global Incm Fd | | | | | sold | 3/26 | J | | |
| 71. -Time Warner Inc | | | | | | | | | |
| 72. -Tyco Intl Ltd New F | | | | | sold | 1/26 | J | | |
| 73. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 74. -Wells Fargo & Co | | | | | | | | | |
| 75. -Windstream (spin off from Alltel) | | | | | sold | 4/18 | J | | |
| 76. -X C L Ltd | | | | | | | | | |
| 77. -Blackrock Health Sciences Fund | | | | | buy | 8/2 | K | | |
| 78. -Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 79. -Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 80. -Fidelity Adv Overseas Class T | | | | | | | | | |
| 81. -Franklin Biotechnology Discovery Fund | | | | | sold | 9/28 | K | | |
| 82. -Amercian Century Opportunity ( Kopp Emerging Growth Fund) | | | | | | | | | |
| 83. -Matthews Pacific Tiger Fund | | | | | buy | 5/1 | J | | |
| 84. -MFS Emerging Growth Fund | | | | | | | | | |
| 85. -MFS Global Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Oppenheimer Global Fund | | | | | | | | | |
| 87. -Putnam New Opportunties | | | | | | | | | |
| 88. -Vanguard Pacific Stock Fund--new | | | | | buy | 1/30 | K | | |
| 89. -General Growth PPTYS | | | | | partial sale | 4/18 | L | | |
| 90. -Lucent Techs Inc Warrants | | | | | expired | 12/10 | J | | |
| 91. -Audible | | | | | | | | | |
| 92. -Bank of America Corp | | | | | sold | 10/5 | L | | |
| 93. -Ford Motor Co | | | | | sold | 4/18 | J | | |
| 94. -Laudus Equity Fund | | | | | | | | | |
| 95. -XM Satellite Radio | | | | | | | | | |
| 96. Farming Operation Crops | E | | | | | | | | |
| 97. -Farm 1 Dallas Co, IA | | | | | | | | | |
| 98. -Farm 3 Dallas Co. IA | | | | | | | | | |
| 99. -Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 100. -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 101. -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 102. -Farm 8 Adair Co, IA | | | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 104. -Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |
| 105. -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 106. -Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 107. -Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 108. -Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 109. -Farm 19 Taylor County | B | Rent | K | R | | | | | |
| 110. Farm 20 Decatur County | | | J | R | | | | | |
| 111. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 112. Mineral Interest,Dallas County, IA | D | Royalty | J | T | | | | | |
| 113. Royalty Interest, Bowman County, North Dakota | B | Royalty | J | T | | | | | |
| 114. Liberty Banshares Inc(Appraisal 12/31/07) | F | S-corp inc | P1 | Q | | | | | |
| 115. - | A | Dividend | | | | | | | |
| 116. | A | Interest | | | | | | | |
| 117. Ben Con Properties LLC | | None | K | U | | | | | |
| 118. Towne View Apartments, LTD | A | Distribution | | | | | | | |
| 119. | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and l~3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Carefree Group LLC | A | Partnership | | | dissolved | 1/1 | | | |
| 121.  Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII---Line 97  Farm 1was inadvertently referred to as Farm 2 in 2006 report.

Line 98  Farm  3 was left off of 2006  report by accident. It was listed in 2005 report

Commerce Bancshares IA were delivered on August 14, 2006 and thus are not noted on this report.  The 2006 report will be corrected.

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544